■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH RADESI, Also Known as JOSEPH J. RADES, Appellant. (Appeal No. 2.) [782 NYS2d 209]—Appeal from a judgment of the Livingston County Court (Ronald A. Cicoria, J.), rendered February 11, 2003. The judgment convicted defendant, upon a jury verdict, of arson in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Radesi* (11 AD3d 1007 [2004]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski and Lawton, JJ.